ADA S. DE VAN, Respondent, *v.* THE COMMERCIAL TRAV-
ELERS' MUTUAL ACCIDENT ASSOCIATION OF AMERICA,
Appellant.

*De Van* v. *Com. Travelers' Accident Assn.,* 92 Hun, 256, affirmed.
(Argued October 12, 1898; decided November 22, 1898.)

APPEAL from a judgment of the late General Term of the
Supreme Court in the fourth judicial department, entered
December 28, 1895, affirming a judgment in favor of plaintiff
entered upon a verdict, and an order denying a motion for a
new trial.

*M. W. Van Auken* for appellant.

*S. M. Lindsley* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.

---

WILLIAM OAKES, Respondent, *v.* AUGUST KIMMEL, Appellant.

*Oakes* v. *Kimmel,* 86 Hun, 617, affirmed.
(Argued October 13, 1898; decided November 22, 1898.)

APPEAL from a judgment of the late General Term of the
Supreme Court in the fifth judicial department, entered April
15, 1895, affirming a judgment in favor of plaintiff entered
upon a verdict.

*James M. E. O'Grady* for appellant.

*George M. Williams* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.